UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNATHAN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 20-1168-JDT-cgc |
| | ) | |
| TENNESSEE DEPARTMENT OF CORRECTION, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER DIRECTING PLAINTIFF TO FILE A SIGNED MOTION
TO PROCEED *IN FORMA PAUPERIS* OR PAY THE $400 FILING FEE

On July 30, 2020, Plaintiff Johnathan Williams, who is incarcerated at the Northwest Correctional Complex in Tiptonville, Tennessee, filed a *pro se* civil complaint and a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) However, Plaintiff neglected to sign his motion to proceed *in forma pauperis*.

Accordingly, Plaintiff is ORDERED to submit, within 21 days after the date of this order, either a signed copy of his motion to proceed *in forma pauperis* or the entire $400 civil filing fee.[1] He does not need to submit a second copy of his trust account statement. If Plaintiff fails to submit either a signed motion or the filing fee, the Court will deny leave to proceed *in forma pauperis*, assess the entire $400 filing fee from his trust account without regard to the installment

---

[1] The civil filing fee is $350. 28 U.S.C. § 1914(a). The Schedule of Fees set out following the statute also requires an additional administrative fee of $50 for filing any civil case. That additional fee will not apply if leave to proceed *in forma pauperis* is ultimately granted.

payment procedures of 28 U.S.C. §§ 1915(a)-(b), and dismiss the action without further notice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. *McGore*, 114 F.3d at 605.

If Plaintiff is transferred to a different prison or released, he is ORDERED to notify the Court immediately, in writing, of his change of address. Failure to abide by this requirement may likewise result in the dismissal of this case without further notice, for failure to prosecute.

IT IS SO ORDERED.

                                                   s/ **James D. Todd**
                                                  JAMES D. TODD
                                                  UNITED STATES DISTRICT JUDGE